**CHRISTOPHER J. HENNES**
Attorney at Law
2130 Main Street, Suite 200
Huntington Beach, CA 92648
Ph: (714) 536-6023
Fax: (714) 536-6073
California State Bar No. 71176

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE J. NORIEGA, | CASE NO.: CV-S-01-0532-PMP-PAL |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | |
| CONTRI CONSTRUCTION COMPANY, a Corporation, | |
| Defendant. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA:

IT IS HEREBY REQUESTED by plaintiff JOSE J. NORIEGA that the entire action, with prejudice, be dismissed effective June 27, 2001.

Dated: June 27, 2001

CHRISTOPHER J. HENNES
Attorney for Plaintiff
JOSE J. NORIEGA

REQUEST FOR DISMISSAL