**ENTERED AND SERVED**

**JUL 2 3 2001**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| JOSE J. NORIEGA, | ) | |
| | ) | |
| Plaintiff, | ) | CV-S-01-0532-PMP (PAL) |
| | ) | |
| v. | ) | |
| | ) | |
| CONTRI CONSTRUCTION COMPANY, a corporation, | ) | <u>O R D E R</u> |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's Request for Dismissal (#4), filed July 10, 2001, is granted and this action is dismissed with prejudice effective June 27, 2001.

DATED: July 23, 2001

_____
PHILIP M. PRO
United States District Judge